**Order entered May 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00242-CV**

**KEITH HARRELL, Appellant**

**V.**

**JARED S. SMITH, ET AL., Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-06220-2021**

**ORDER**

Before the Court is appellees' May 12, 2022 unopposed motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **June 2, 2022**.

/s/     CRAIG SMITH
          JUSTICE